UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-9979 PA (AJRx) | | Date | July 9, 2026 |
|---|---|---|---|---|
| Title | Fleet XL, Inc. v. Norfleet Transportation, LLC, et al. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     IN CHAMBERS - ORDER TO SHOW CAUSE

Before the Court is a unilateral 26(f) Report filed by plaintiff Fleet XL, Inc. ("Plaintiff"). (Docket No. 45.)  Defendants Norfleet Transportation, LLC and Norfleet Transportation and Logistics, LLC did not participate in preparing the unilateral 26(f) Report; nor did they meet and confer with counsel for Plaintiff despite his attempts to set up a meeting.  (Spolsky Dec. ¶¶ 5-6.) Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's Order Scheduling Meeting of Counsel, the parties are to submit a "joint report."  (See Docket No. 31.)  The Court's order further warns that "[t]he failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions.  (Id. at 3; see also Docket No. 44.)  Accordingly, the Court orders Defendants to show cause, in writing, on or before July 23, 2026, why the Court should not strike their answer and enter default based on the failure to participate in submitting the joint report.  The filing of a Joint 26(f) Report on or before July 23, 2026 shall be deemed a sufficient response to the order to show cause.  Failure to respond to this Order by July 23, 2026 will result in the striking of Defendants' answer and the entry of default without further warning.

Moreover, on June 29, 2026, the Court ordered the parties to file, by July 6, 2026, a declaration affirming that:  (1) they have read the Local Rules in their entirety, and will abide by them going forward; and (2) they have reviewed the Civility and Professionalism Guidelines. (Docket No. 44.)  Defendants did not file the declaration ordered by the Court.   In its Order, the Court warned the parties that any further violations of the Court's Orders might result in the imposition of sanctions, including but not limited to monetary, evidentiary or terminating sanctions.  Accordingly, the Court orders Defendants to show cause why counsel should not be sanctioned in the amount of up to $1,000 for failing to respond to the Court's June 29, 2026

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-9979 PA (AJRx) | Date | July 9, 2026 |
|---|---|---|---|
| Title | Fleet XL, Inc. v. Norfleet Transportation, LLC, et al. | | |

Order.  Defendants' response shall be filed by no later than July 23, 2026.  Failure to respond will result in the imposition of sanctions without further warning, including monetary sanctions and/or the striking of Defendants' answer and the entry of default.

IT IS SO ORDERED.